157 So. 911

**Virgil F. CRABTREE v. MUTUAL BENEFIT HEALTH & ACCIDENT ASSOCIATION.**

2 Div. 45.

Supreme Court of Alabama.

Nov. 26, 1934.

C. L. Kelly and S. W. H. Williams, both of Greensboro, for appellant.

London, Yancey, Smith & Windham and Al. G. Rives, all of Birmingham, and Ernest V. Otts, of Greensboro, for appellee.

PER CURIAM.

Appeal dismissed by agreement.

155 So. 915

**Robert DAVIS v. STATE.**

3 Div. 76.

Supreme Court of Alabama.

June 14, 1934.

FOSTER, Justice.

Affirmed.

All Justices concur.

157 So. 912

**J. H. DORROUGH v. G. C. MACKENSON.**

6 Div. 657.

Supreme Court of Alabama.

Nov. 8, 1934.

W. Marvin Scott, of Cullman, for petitioner.

Verbon E. Owen, of Cullman, opposed.

PER CURIAM.

Petition of J. H. Dorrough for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Dorrough v. Mackenson, 157 So. 917.

Writ denied.

ANDERSON, C. J., and GARDNER, BOULDIN, and FOSTER, JJ., concur.

157 So. 912

**FIRST NATIONAL BANK OF MONTGOMERY v. Katie NEWSOME et al.**

4 Div. 795.

Supreme Court of Alabama.

Nov. 16, 1934.

Simmons & Simmons, of Opp, for appellant.

Harry Adams, of Enterprise, for appellees.

PER CURIAM.

Appeal dismissed by appellant.

157 So. 911

**Ex parte Dewey E. FLETCHER et al.**

4 Div. 771.

Supreme Court of Alabama.

Nov. 8, 1934.

A. Whaley, of Andalusia, for petitioners.

PER CURIAM.

Dismissed by petitioners.

155 So. 915

**Curtis GALLOWAY v. STATE.**

1 Div. 821.

Supreme Court of Alabama.

May 24, 1934.

C. L. Hybart, of Monroeville, for petitioner.

Thos. E. Knight, Jr., Atty. Gen., opposed.

PER CURIAM.

Petition of Curtis Galloway for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Galloway v. State, 155 So. 918.

Writ denied.

ANDERSON, C. J., and THOMAS, BROWN, and KNIGHT, JJ., concur.